UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00071 |
| | ) | JUDGE CAMPBELL |
| JOHN BROWN | ) | |

## ORDER

Pending before the Court is Defendant John Brown's Motion for Plea Hearing (Docket No. 133). The Motion is GRANTED.

A change of plea hearing is scheduled for December 2, 2014, at 1:00 p.m. Any proposed plea agreement shall be submitted to the Court by December 1, 2014.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE