UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00071 |
| | ) | JUDGE CAMPBELL |
| JOHN BROWN | ) | |

## ORDER

Pending before the Court is Defendant John Brown's Motion And Incorporated Memorandum Of Law To Compel The U.S. Probation Office To Release To Defense Counsel Mr. Brown's Juvenile Records (Docket No. 190). Through the Motion, the Defendant requests that the Court order the Probation Office to provide copies of his juvenile records, which were relied on by the Probation Office in preparing his Presentence Investigation Report. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE